UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| HAROLD MITCHELL, JR. | CIVIL ACTION |
| VERSUS | NO. 17-17872 |
| ORLEANS JUSTICE CENTER | SECTION "A"(4) |

## **O R D E R**

The Court, having considered the complaint, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and plaintiff's failure to object to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that the complaint of Harold J. Mitchell, Jr. against Defendants be **DISMISSED WITH PREJUDICE.**

December 17, 2018

_____
JAY C. ZAINEY
UNITED STATES DISTRICT JUDGE