```
           UNITED STATES DISTRICT COURT
           EASTERN DISTRICT OF LOUISIANA


HAROLD MITCHELL, JR.                         CIVIL ACTION

VERSUS                                       NO. 17-17872

ORLEANS JUSTICE CENTER                       SECTION "A"(4)
```

**JUDGMENT**

For the reasons assigned,

**IT IS ORDERED** that there be judgment in favor of the defendants, Orleans Justice Center, Sheriff Marlin Gusman, and Blake Arcuri, and against the plaintiff, Harold J. Mitchell, Jr., dismissing the complaint with prejudice.

December 17, 2018

_____
JAY C. ZAINEY
UNITED STATES DISTRICT JUDGE